| | |
|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated, : <br><br> Plaintiff, : <br><br> v. : <br><br> MERRILL LYNCH & CO., INC.; STAN O'NEAL; LOU DIMARIA; INVESTMENT COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH SAVINGS AND INVESTMENT PLAN; and JOHN DOES 1-30, : <br><br> Defendants. : | Case No. 07-CV-10273 (LBS) |

*[additional captions follow]*

## NOTICE OF APPEARANCE

Ralph M. Stone
Thomas G. Ciarlone, Jr.
Amanda C. Scuder
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

*Attorneys for the Plaintiff
and Proposed Interim Counsel for the Class*

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, : : : : Plaintiff, : : v. : : MERRILL LYNCH & CO., INC.; MERRILL : LYNCH & CO., INC. PLAN "INVESTMENT : COMMITTEE," MERRILL LYNCH & CO., : INC. PLAN ADMINISTRATIVE : COMMITTEE, MERRILL LYNCH & CO., : INC. MANAGEMENT DEVELOPMENT : AND COMPENSATION COMMITTEE, : LOUIS DIMARIA, E. STANLEY O'NEAL, : ALBERTO CRIBIORE, ARMANDO M. : CODINA, VIRGIS W. COLBERT, JOHN D. : FINNEGAN, AULANA L. PETERS and : JOHN DOES 1-10, : : Defendants. : | Case No. 07-CV-10268 (DC) |

| | |
|---|---|
| TARA MOORE, individually and on behalf of all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| MERRILL LYNCH & CO., INC.; MERRILL LYNCH & CO., INC. PLAN "INVESTMENT COMMITTEE," MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE, MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE, LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS and JOHN DOES 1-10, | : Case No. 07-CV-10398 (DC) |
| Defendants. | : |

| | |
|---|---|
| GREGORY YASHGUR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH CO., INC. 401K SAVINGS AND INVESTMENT PLAN, JOHN D. FINNEGAN, JUDITH JONAS MAYHEW, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSITTI, LOUIS DIMARIA, STAN O'NEAL, ALBERTO CRIBRIORE, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, and JOHN DOES,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 07-CV-10569<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

| | |
|---|---|
| CHRISTINE DONLON, individually and on behalf of all others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MERRILL LYNCH & CO., INC.; E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, LOUIS DIMARIA, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE BENEFITS ADMINISTRATION COMMITTEE OF THE MERRILL LYNCH & CO, INC. EMPLOYEE STOCK OWNERSHIP PLAN) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE MERRILL LYNCH & CO., INC EMPLOYEE STOCK OWNERSHIP PLAN), | : Case No. 07-CV-10661 |
| | : |
| Defendants. | : |

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| MERRILL LYNCH & CO., INC.; E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | : Case No. 07-CV-10687 (JGK) |
| Defendants. | : |

| | |
|---|---|
| SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH & CO., INC. INVESTMENT COMMITTEE, MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE OF THE MERRILL LYNCH & CO., INC. BOARD OF DIRECTORS, THE MERRILL LYNCH TRUST COMPANY, FSB, ADMINISTRATIVE COMMITTEE OF THE MERRILL LYNCH & CO., INC. 401K SAVINGS AND INVESTMENT PLAN, LOUIS DIMARIA, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, AULANA L. PETERS, and JOHN DOES 1-40,<br><br>             Defendants. | : <br>: <br>: <br>: <br>: <br>: <br>: Case No. 07-CV-10710<br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: |

| | |
|---|---|
| BARBARA BOLAND, individually and on behalf of all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| MERRILL LYNCH & CO., INC.; E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, and JOHN AND JANE DOES 1-20, | : Case No. 07-CV-11054 (MGC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

Thomas G. Ciarlone, Jr., hereby enters his appearance as counsel for Plaintiff/Movant Mary Gidaro in each of the above-captioned actions.

DATED:   December 13, 2007                Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP

By: /s/ Thomas G. Ciarlone, Jr.
    Ralph M. Stone (rstone@lawssb.com)
    Thomas G. Ciarlone (tciarlone@lawssb.com)
    Amanda C. Scuder (ascuder@lawssb.com)

485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for the Plaintiff and Proposed Interim Counsel for the Class*

Ronen Sarraf (ronen@sarrafgentile.com)
SARRAF GENTILE LLP
11 Hanover Square
New York, NY 10005
Telephone: (212) 868-3610
Facsimile: (212) 918-7967

*Attorneys for the Plaintiff*

-1-

## **CERTIFICATION**

This is to certify that the foregoing notice was served, on this 13th day of December, 2007, via electronic mail, to all persons on the attached service list.

                                                       /s/ Thomas G. Ciarlone, Jr.
                                                      Thomas G. Ciarlone, Jr.

## SERVICE LIST

Lynda J. Grant, Esq.
**Cohen, Milstein, Hausfeld
 & Toll, P.L.L.C.**
150 East 52nd Street, Thirtieth Floor
 New York, NY 10022
P: (212) 838-7797
lgrant@cmht.com

*Representing Carl Esposito, Anna Molin, and Barbara Boland*

Robert I. Harwood, Esq.
Samuel Kenneth Rosen, Esq.
**Harwood Feffer LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
P: (212) 935-7400
F: (212) 753-3630
rharwood@hfesq.com
srosen@hfesq.com

*Representing Christine Donlon*

Tyler L. Farmer, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
P: (206) 623-1900
F: (206) 623-3384
tfarmer@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com
lsarko@kellerrohrback.com

*Representing Carl Esposito*

William Edward Bernarduci, Esq.
Robert A. Izard, Esq.
**Schatz Nobel Izard P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103
P: (860) 493-6289
F: (860) 493-6290
wbernarduci@snlaw.net
rizard@snlaw.net

*Representing Sean Shaughnessey*

Katherine B. Bornstein, Esq.
Edward W. Ciolko, Esq.
Joseph H. Meltzer, Esq.
Joseph A. Weeden, Esq.
**Schiffrin, Barroway, Topaz
 & Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
P: (610) 667-7706
F: (610) 667-7056
kbornstein@sbclasslaw.com
eciolko@sbclasslaw.com
jmeltzer@sbclasslaw.com
jweeden@sbclasslaw.com

*Representing Elizabeth Estey and Tara Moore*

Jay B. Kasner, Esq.
**Skadden, Arps Slate, Meagher
 & Flom LLP**
Four Times Square
New York, NY 10036
P: (212) 735-2628
F: (212) 777-2628
jkasner@skadden.com

*Representing Merrill Lynch & Co.*


Edwin J. Mills, Esq.
**Stull Stull & Brody**
6 East 45th Street, 5th Floor
New York, NY 10017
P: (212) 687-7230
F: (212) 490-2022
ssbny@aol.com

*Representing Gregory Yashgur*


Wai Kin Chan, Esq.
**Law Office of Curtis V. Trinko LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
P: (212) 490-9550
F: (212) 986-0158
kchan@trinko.com

*Representing Elizabeth Estey*